UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ON TARGET SPORTING GOODS, INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:04-CV-1644 CAS |
| ) | |
| ATTORNEY GENERAL OF ) | |
| THE UNITED STATES, and ) | |
| United States Department of Justice, ) | |
| CARL J. TRUSCOTT, DIRECTOR ) | |
| Bureau of Alcohol, Tobacco, Firearms and ) | |
| Explosives, and ) | |
| CATHERINE L. HANAWAY,[1] ) | |
| UNITED STATES ATTORNEY, ) | |
| Eastern District of Missouri, Eastern Division, ) | |
| ) | |
| Respondents. ) | |

### ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **DISMISSED** with prejudice against all respondents.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Charles A. Shaw
　　　　　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of December, 2005.

---

[1] Pursuant to Rule 25(d)(1), Fed. R. Civ. P., Catherine L. Hanaway is substituted as respondent in this action in the place of James G. Martin.